1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFERSON A. McGEE,                        No.  2:24-cv-00012 TLN AC PS

12              Plaintiff,

13          v.                                   ORDER

14    STATE OF CALIFORNIA, et al.,

15              Defendants.

16

17          Plaintiff, who is proceeding in pro se, filed this case against numerous defendants and

18    paid the filing fee on January 2, 2024.  ECF No. 1.  Plaintiff filed a First Amended Complaint on

19    February 2, 2024.  ECF No. 28.  On February 20, 2024, the State of California filed a motion to

20    dismiss, set to be heard on April 17, 2024.  ECF No. 33.  On February 29, 2024, defendants

21    Longyear O'Dea & Lavra and John Lavra filed a motion to dismiss, noticed for hearing on April

22    10, 2024.  ECF No. 52.  On March 1, 2024, the City of Elk Grove noticed a motion to dismiss, set

23    for hearing April 17, 2024.  ECF No. 54.  That same day, the City of Elk Grove filed a motion to

24    quash, also set for April 17, 2024.  ECF No. 55.  On March 4, 2024, defendant Robert Chalfant

25    filed a motion to dismiss, set to be heard on April 17, 2024.  ECF No. 57.  On March 5, 2024,

26    defendant Alison Sandman filed a motion to dismiss, set to be heard on April 17, 2024.  ECF No.

27    59.  All motions were submitted for hearing on the papers.  Several additional motions to dismiss

28    by other defendants, which are not yet ripe for adjudication, are also pending.

                                                1

1    Plaintiff did not oppose any of the pending motions.  Plaintiff has not taken any action in

2  this case since filing the amended complaint.  The court is concerned that plaintiff has abandoned

3  this case.

4    Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in

5  writing, within 14 days, why his failure to respond to the pending motions should not result in a

6  recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition

7  or statement of non-opposition within this timeframe will serve as cause and will discharge this

8  order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to

9  Local Civil Rule 110.

10  DATED: April 18, 2024

11  _____
ALLISON CLAIRE
12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2