UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON A. McGEE, | No. 2:24-cv-00012-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 214.) Plaintiff filed objections to the findings and recommendations, which the Court considered. (ECF No. 215.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on August 7, 2024 (ECF No. 214), are ADOPTED IN FULL;
2. The Court DECLARES Plaintiff, Jefferson A. McGee, a vexatious litigant in the United States District Court for the Eastern District of California;
3. Plaintiff is held subject to the Pre-Filing Order described in Section IV of the findings and recommendations (ECF No. 214 at 16–17); and
4. Plaintiff shall comply with the Pre-Filing Order within thirty (30) days of the electronic filing date of this Order.

Date: September 5, 2024

_____
Troy L. Nunley
United States District Judge

2