UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON A. McGEE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:24-cv-00012-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff Jefferson A. McGee ("Plaintiff") is proceeding in this action *pro se* and *in forma pauperis*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 15, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. (ECF No. 218.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 219.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Findings and Recommendations filed October 15, 2024 (ECF No. 218) are

3   ADOPTED IN FULL; and

4   2. This action is DISMISSED for failure to comply with the Court order.

5   IT IS SO ORDERED.

6   Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2